UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>LAKSMI WHITE, )<br>　　　　Defendant. )<br>_____ ) | Case No. CR02-0008-JCC-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was conducted before the undersigned Magistrate Judge on May 10, 2006. The United States was represented by Assistant United States Attorney Annette Hayes, and the defendant by Mr. Robert Leen. The proceedings were recorded on cassette tape.

On or about June 21, 2002, defendant was sentenced by the Honorable John C. Coughenour to twenty-seven (27) months in custody to be followed by three (3) years of supervised release on charges of Distribution of Marijuana.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, consent to search and seizure, no possession of identification in any other name than her true and legal name, and financial disclosure.

In a Petition for Warrant or Summons dated March 31, 2006, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of her supervised release:

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01       (1)     Distributing marijuana on or about March 30, 2006, in violation of the general
02 condition that she not commit any federal, state, or local crimes.

03       (2)     Possessing marijuana, on or about March 30, 2006, in violation of the general
04 condition that she not commit any federal, state, or local crimes.

05       (3)     Providing false information to the probation officer regarding her financial assets
06 and income, in violation of standard condition No. 3.

07       (4)     Failing to work regularly at a lawful occupation, in violation of standard condition
08 No. 5.

09       (5)     Associating with a known felon, Camden Lamp, on or about March 29, 2006, in
10 violation of standard condition No. 9.

11       (6)     Failing to disclose financial assets and property to the probation officer, in
12 violation of the special condition that she provide access to all requested financial information.

13       (7)     Attempting to elude a police officer, on or about March 30, 2006, in violation of
14 the standard condition that she not commit any federal, state, or local crimes.

15       At the evidentiary hearing, testimony was offered by Detective Brett Shavers from the
16 Renton Police Department and United States Probation Officer Michael Larsen. Exhibits 1, 2A,
17 B, and C, 3A and B, 4, 5A, B, and C, 6A, B, and C, 7, 8A, B, and C and 9 were offered and
18 received into evidence.

19       The evidence offered showed that on March 30, 2006, the defendant was observed
20 entering a silver Range Rover with her husband, Terry Wegner. The defendant was driving, and
21 perceived to be engaging in counter-surveillance driving. She stopped at an apartment complex
22 near North 34th and Meridian in Seattle. A male came out of the apartment complex, and spoke
23 with Mr. Wegner, and then opened the back section of the Range Rover and placed a black
24 hockey bag into the vehicle. Detective Shavers then called a marked unit of the Seattle Police
25 Department to stop the Range Rover. When the emergency lights were first activated, the
26 defendant accelerated as if she were thinking to flee. However, she then stopped the vehicle

01  after about a one-half block distance. A narcotics dog arrived at the scene, and reacted in a

02  fashion that indicated the scent of narcotics. A search of the vehicle was conducted, which

03  revealed a hockey bag containing approximately 3,000 grams of marijuana. (Ex. 1). A further

04  search revealed approximately $73,000 in U.S. currency inside a pizza box in the vehicle. (Ex.

05  2A). The search of the vehicle also produced approximately $22,000 in two brown paper bags

06  (Exs. 2B and C). Certain described "pay sheets" were also found in the vehicle, which contained

07  information that appears to be a ledger of who was owed certain funds. (Exs. 3A and B). In

08  addition, Ex. 3A contained blank U.S. Probation monthly supervision reports, with the initial

09  "LBW" at the top. U.S. Probation Officer Michael Larsen testified that the initials represented

10  a notation for LeRoy Washington, a probation officer who previously supervised the defendant.

11  After the arrest, search warrants were obtained to search residences at 1978 Harvard

12  Avenue East ("Capitol Hill residence") and 1814 28th Avenue W ("Magnolia residence") in

13  Seattle. The defendant and her husband lived at the Capitol Hill residence. They had been

14  observed entering and leaving the Magnolia residence without knocking before their arrest.

15  During the search of the Capitol Hill residence, police seized a photo with the defendant and

16  Camden Lamp. Mr. Lamp was convicted of weapons violations and was preparing to leave for

17  prison to serve his sentence. Also seized was an invitation to attend "Camden's send off party"

18  (Ex. 5C). The photograph was not dated, but Mr. Lamp advised Detective Shavers that he and

19  the defendant almost daily had contact prior to her arrest.

20  When the Magnolia residence was searched, police seized more than 3,000 grams of

21  marijuana (Ex. 4), together with what were described as drug ledgers (Ex. 3B), and currency

22  (Exs. 8B and C). Other items consistent with marijuana processing and distribution were also

23  seized. (Ex. 9). When the defendant was arrested, her key chain was also seized. (Ex. 6A).

24  One of the keys fit the Yukon Denali truck that was parked at the Capitol Hill residence. (Ex.

25  6C). In addition, the defendant had one of the keys to the Magnolia residence.

26  While on supervision, the defendant filed monthly reports, stating her income and net

worth (Exs. 5A and B). She identified salary of $1160 and tips of approximately $200 to $400, and her spouse's salary as $1500. She identified a Bank of America savings account with approximately $500. She also identified an interest in the Yukon Denali truck, but did not identify the Range Rover nor an interest in any of the money she had in her possession at the time of her arrest or subsequently found at the Magnolia residence. Probation Officer Larsen testified that these assets were never disclosed.

The only alleged violations for which there may be some dispute relate to alleged violations Nos. 5 and 7. Although Detective Shavers testified that the photo showing the defendant and Mr. Lamp was not dated, he also testified, without contradiction, that Mr. Lamp said that he had been having contact almost daily with the defendant, and that she was involved in assisting in preparations for his "Send Off" party. As a result, I find that the government has satisfied its burden in proving violation No. 5.

With respect to violation No. 7, the testimony that was offered was that the defendant accelerated her vehicle as soon as the Seattle Police Officers turned on their emergency lights in what seemed to be an apparent attempt to elude police officers. The defendant traveled only a short distance (about one-half block) before she decided to stop, but the evidence does support the finding of a short attempt to elude police officers prior to her arrest.

As a result, I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations Nos. 1 through 7, and that a disposition hearing on these violations be set.

A disposition hearing has been set before the Honorable John C. Coughenour on June 9, 2006, at 9 a.m. Pending a final determination by the Court, the defendant has been detained.

DATED this 16th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

<pre>
cc:   District Judge:        Honorable John C. Coughenour
      AUSA:                  Ms. Annette Hayes
      Defendant's attorney:  Mr. Robert Leen
      Probation officer:     Mr. Michael S. Larsen
</pre>

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 5